IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mbaye, Madior | Case Number: 07 B 10885 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 3/25/08 | Filed: 6/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 13, 2008
Confirmed: August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 435.00 | |
| Secured: | | 164.67 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 246.84 |
| Trustee Fee: | | 23.49 |
| Other Funds: | | 0.00 |
| Totals: | 435.00 | 435.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,373.00 | 246.84 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | MB Financial | Secured | 1,976.00 | 164.67 |
| 4. | Washington Mutual Bank FA | Secured | 39,915.92 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 71.33 | 0.00 |
| 6. | Northern Leasing System | Unsecured | 213.90 | 0.00 |
| 7. | MB Financial | Unsecured | 372.78 | 0.00 |
| 8. | ER Solutions | Unsecured | 43.69 | 0.00 |
| 9. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 11. | MB Financial | Unsecured | | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 13. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | Unv Fidity | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,966.62 | $ 411.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 23.49 |
| | _____ |
| | $ 23.49 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mbaye, Madior

Printed:  3/25/08

Case Number:  07 B 10885
Judge:  Squires, John H
Filed:  6/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

